[No. 32677-5-I.  Division One.  July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL K. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00994-0, Gerald L. Knight, J.,

entered April 26, 1993. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Cox, JJ.